UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL CORDES | § | |
| | § | C.A.#: 5:19-cv-1487 |
| VS. | § | |
| | § | |
| WAL-MART STORES TEXAS, L.L.C. | § | |
| D/B/A SAM'S CLUB #6262 | § | JURY DEMANDED |

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please take notice that Defendant, Wal-Mart Stores Texas, L.L.C. d/b/a Sam's Club #6262, hereby removes to the Court the state action described below.

1. On November 22, 2019, a civil action was commenced, in the 57th Judicial District Court of Bexar County, Texas, entitled *Michael Cordes v. Wal-Mart Stores Texas, L.L.C. d/b/a Sam's Club #6262*, Cause No. 2019CI24172. A copy of Plaintiff's Original Petition with Request for disclosure and attached Discovery is attached hereto as Exhibit A.

2. Service of summons and complaint was made on Defendant, Wal-Mart Stores Texas, L.L.C. d/b/a Sam's Club #6262, by serving their registered agent, C.T. Corporation System, by process server on November 27, 2019. Attorneys for Defendant first received a copy of said Petition on December 2, 2019.

3. Defendant has filed an Original Answer, attached as Exhibit B, a Jury Demand, attached as Exhibit C and a Notice of Filing of Removal to Federal Court, attached as Exhibit D. Defendant has attached all process, pleadings, and orders in the State Court action as required by 28 U.S.C. 1446(a).

4. Defendant has attached a copy of the docket sheet, Exhibit E.

## JURISDICTION AND VENUE

5. The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332 (Diversity Jurisdiction), and is one which may be removed to this Court pursuant to Title 28 U.S.C. § 1441. There is complete diversity of citizenship amongst the parties. Defendant, Wal-Mart Stores Texas, LLC is a limited liability company formed under the laws of Delaware, with its principal place of business in Arkansas. The sole member of Wal-Mart Stores Texas, LLC is Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business in Arkansas. The sole unit holder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. which is a wholly owned subsidiary of Wal-Mart Stores East, LP. Wal-Mart Property Co. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Arkansas. Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. WSE Management, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas. WSE Investment, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. (f/k/a Wal-Mart Stores East, Inc.), whose parent company is Walmart Inc. (f/k/a Wal-Mart Stores, Inc.). Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas, and has its principal place of business in the State of Arkansas. The sole member of Wal-Mart Stores East, LLC is Walmart Inc. (f/k/a Wal-Mart Stores, Inc.). Plaintiff is a Texas citizen with his residency in Bexar County, Texas.

6. The amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. Plaintiff has pled that he is seeking damages "over One Million and 00/100 Dollars ($1,000.000.00)..." (*See* Plaintiff's Original Petition, pg. 7.)

7. Venue is proper in the Western District of Texas, San Antonio Division because this district and division embrace the place in which the action is pending.

Dated: December 26, 2019.

Respectfully submitted,

DAW & RAY, LLP

/s/ *Willie Ben Daw, III*
Willie Ben Daw, III; SBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; SBN: 24047628
Email: jfloyd@dawray.com
5718 Westheimer, Suite 1750
Houston, Texas 77057
Telephone No. (713) 266-3121
Facsimile No. (713) 266-3188

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 26th day of December, 2019.

Simon Fraser  
The Law Offices of Thomas J. Henry  
5711 University Heights Blvd. Suite 101  
San Antonio, Texas 78249

Email: sfraser-svc@thomasjhenrylaw.com

/s/ *Willie Ben Daw, III*  
Willie Ben Daw, III

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL CORDES | § § | C.A.#: |
| VS. | § § | |
| WAL-MART STORES TEXAS, L.L.C. D/B/A SAM'S CLUB #6262 | § § § | JURY DEMANDED |

## INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

(A)   Plaintiff's Original Petition with Request for disclosure and attached Discovery

(B)   Defendant's Original Answer

(C)   Defendant's Jury Demand

(D)   Notice of Filing of Removal to Federal Court

(E)   Docket Sheet

(F)   List of Counsel of Record